**Order entered December 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00160-CR

**DEJUAN MCLEMORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1271083-V**

## ORDER

Appellant's motion to inspect record for purposes of appeal is **DENIED**. *See Ex parte Trainer*, 181 S.W.3d 358 (Tex. Crim. App. 2006).


                              /s/     DAVID L. BRIDGES
                                      JUSTICE